## LexisNexis(R) Forms FORM 712-90.104.1

Litigation

; Motion for an Extension of Time

Texas

**90.104.1 Motion for** Extension of Time to File Notice of Appeal

NO.

12-15-00098-CR

Aaron Bowers [name],

                                Appellant

v.

THE STATE OF

TEXAS

IN THE COURT
OF APPEALS
OF THE

SUPREME JUDICIAL
DISTRICT COURT OF APPEALS

FILED
12th Court of Appeals District
APR 24 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

MOTION FOR EXTENSION OF TIME

TO FILE NOTICE OF APPEAL

TO THE HONORABLE JUSTICES OF THE Twelfth SUPREME JUDICIAL DISTRICT COURT OF APPEALS:

Comes now Aaron Bowers [name], appellant, and files this motion for an extension of time in which to file notice of appeal. In support of this motion, appellant shows the court the following:

### I.

The appellant was convicted in the 7th District Court of Smith County, Texas, the Honorable Judge Russel presiding, on January 21st 2015 [date], of the offense of Burglary of Habitation [specify offense] in Cause No. 007-1393-14, styled State of Texas v. Aaron Bowers [name]. The Judge [judge or .jury] assessed against appellant a punishment of 20 year Sentence in T.D.C.J [specify].

### II.

The trial court notice [specify act which triggered running of time to give notice of appeal, e.g., imposed sentence on January, 20 2015 [date]] and no [e.g., no motion for new trial was filed or motion for new trial was filed by appellant on April, 21 2015 [date]].

### III.

The time for filing notice of appeal in this cause expired on March ,

23rd _____ 2015 _____ [date]. Within 15 days of this date, on _____, _____ [date, the appellant filed notice of appeal with the clerk of the court below. A copy of this notice of appeal accompanies this motion.

## IV.

Appellant's request for an extension of time in which to file this notice of appeal is based upon the following facts: _____ [set forth facts showing good cause why timely notice of appeal was not filed, e.g., Appellant was represented by court-appointed counsel both during the trial of Cause No. 007-1343-14 and at the attendant sentencing proceeding. Appellant advised counsel at the sentencing proceeding that he desired to appeal the conviction and counsel advised him that notice of appeal would be given. However, it was not until appellant's current counsel contacted the court regarding the status of the appeal that it was discovered notice of appeal had not been provided. Immediately upon discovering this, appellant filed the notice of appeal which accompanies this motion].

## V.

An affidavit of the appellant accompanies this motion, supporting the above-described facts, and attests to the fact that appellant attempted to give timely notice of appeal.

WHEREFORE, appellant prays the court grant this motion and extend the time for filing notice of appeal to April _____, 21- _____ 2015 _____ [date].

Respectfully submitted,

_____ [signature]
_____ [typed name]
_____ [address]
_____ [telephone]
_____ [state bar identification no.]
Attorney
for Appellant

### ORDER

On this the day of April 21 _____,

2015 _____ [date], came to be heard Appellant's motion for Extension of Time to File Notice of Appeal, and it appears to the court that this motion should be [granted or denied]. IT IS THEREFORE ORDERED that the time for filing notice of appeal in Cause No. 007-1343-14 be extended to April _____, 27 _____ 2015 _____ [date].

_____

### JUDGE PRESIDING

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered motion has been served on the District Attorney of Smith _____ County, Texas, by delivery of a true copy to him/her her _____ [in person on the 21st _____ day of April _____, 2015 _____ or by mail, by depositing same, postpaid, in an official depository under the care and custody of the United States Postal Service on the 21st _____ day of

April ,

2015 , enclosed in a wrapper
properly addressed as follows
Twelfth Court of Appeals
1517 w front Tyler *[name and address of
person served]].* TX 75702

_____*[signature]*

Attorney for Appellant

Texas Criminal Practice Guide
Copyright 2014, Matthew Bender & Company, Inc., a
member of the LexisNexis Group.